HENNEFER FINLEY & WOOD, LLP
JOSEPH WOOD  [SBN 103596]
425 California Street, Nineteenth Floor
San Francisco, California  94104
Telephone:     (415) 421-6100
Facsimile:      (415) 421-1815

Attorneys for Plaintiff and Cross-Defendant,
John L. Bitter Irrevocable Life Insurance Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN L. BITTER IRREVOCABLE LIFE INSURANCE TRUST,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WINDSOR SECURITIES, LLC; and PACIFIC LIFE INSURANCE COMPANY,<br><br>　　　　Defendants.<br>_____/<br>PACIFIC LIFE INSURANCE COMPANY,<br><br>　　　　Cross-Claimant,<br><br>vs.<br><br>JOHN L. BITTER IRREVOCABLE LIFE INSURANCE TRUST; WINDSOR SECURITIES, LLC; and PACIFIC LIFE INSURANCE COMPANY,<br><br>　　　　Cross-Defendants.<br>_____/ | Case No.: 3:13-cv-01878-YGR<br><br>**ORDER SUBSTITUTING REAL PARTY IN INTEREST AS PLAINTIFF AND CROSS-DEFENDANT**<br><br>**[FRCP 17(a)(3)]** |

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that real party in interest, Gregory P. Barnes, Jr., Trustee of John L. Bitter Irrevocable Life Insurance Trust, is substituted for John L. Bitter Irrevocable Life Insurance Trust as plaintiff in this action and as a cross-defendant on the cross-claim for interpleader filed herein by defendant and cross-claimant, Pacific Life Insurance Company.

IT IS FURTHER ORDERED that real party in interest, Gregory P. Barnes, Jr., Trustee of John L. Bitter Irrevocable Life Insurance Trust, will, within a reasonable period following the Court's entry of the present order, file a first amended complaint herein, and that the remaining parties shall have the normal statutory period to respond thereto

```
In light of the parties' stipulation, this Order terminates Dkt.
No. 4.
```

**\* \* END OF ORDER \* \***

Dated: May 17, 2013



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

**ORDER SUBSTITUTING REAL PARTY IN INTEREST AS PLAINTIFF AND CROSS-DEFENDANT**
*John L. Bitter Irrevocable Life Insurance Trust v. Windsor Securities LLC, et al.*
Case No. 3-13-cv-01878-YGR

2