LAURA L. GEIST (State Bar No. 180826)
KELLY D. FAIR (State Bar No. 245408)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant/Cross-Complainant
PACIFIC LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY P. BARNES, JR., TRUSTEE OF JOHN L. BITTER IRREVOCABLE LIFE INSURANCE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR SECURITIES, LLC; and PACIFIC LIFE INSURANCE COMPANY;<br><br>Defendants.<br>PACIFIC LIFE INSURANCE COMPANY,<br><br>Cross-Claimant,<br><br>vs.<br><br>GREGORY P. BARNES, JR., TRUSTEE OF JOHN L. BITTER IRREVOCABLE LIFE INSURANCE TRUST; and, WINDSOR SECURITIES, LLC,<br><br>Cross-Defendants. | Case No. 3:13-cv-01878-WHO<br><br>ORDER DIRECTING DISTRIBUTION OF ATTORNEYS' FEES AND COSTS TO PACIFIC LIFE INSURANCE COMPANY<br><br>Re: Dkt. No. 36, 42 |

Pursuant to the Order Discharging Stakeholder Pacific Life Insurance Company and Requesting Form of Order re Distribution (Dkt. No. 36), the Court ORDERS that the Clerk of the Court pay the amount of $17,500.00, incurred in reasonable attorneys' fees and costs in connection

-1-

Case No. 3:13-cv-01878-WHO                     ORDER DIRECTING
                                               DIRECTING DISTRIBUTION OF
                                               ATTORNEYS' FEES AND COSTS

with these proceedings, to discharged interpleading party Pacific Life Insurance Company, from the interpleader stake of $2,030,904.11 on deposit with the Clerk, via a check made payable to Pacific Life Insurance Company and sent to Pacific Life Insurance Company c/o Laura L. Geist, Esq., Dentons US LLP, 525 Market Street, 26th Floor, San Francisco, CA 94105-2708.

Dated: July 10, 2013   DENTONS US LLP

By  /s/ Laura L. Geist
    Laura L. Geist
    Kelly D. Fair
Attorneys for Defendant/Cross-Complainant
Pacific Life Insurance Company

Dated: July 10, 2013   HENNEFER FINLEY & WOOD LLP

By  /s/ Joseph Wood
    Joseph Wood
Attorneys for Plaintiff and Cross-Defendant, Gregory Barnes, Jr., Trustee of John L. Bitter Irrevocable Life Insurance Trust

Dated: July 10, 2013   ARENT & FOX LLP

By  Michael S. Cryan
    Michael S. Cryan
Attorneys for Defendant and Cross-Defendant, Windsor Securities, LLC

**IT IS SO ORDERED**:

By _[signature]_
Dated: July 30, 2013   Hon. William H. Orrick
    United States District Judge

-2-

Case No. 3:13-cv-01878-WHO   ORDER DIRECTING DIRECTING DISTRIBUTION OF ATTORNEYS' FEES AND COSTS