THOMPSON, WELCH, SOROKO & GILBERT, LLP
Darin T. Judd (SBN 160475)
darin@twsglaw.com
Eric D. McFarland (SBN 214245)
eric@twsglaw.com
Amy Leung (SBN 280318)
amy@twsglaw.com
3950 Civic Center Drive, Suite 300
San Rafael, CA 94903
Telephone:  (415) 448-5000
Facsimile:  (415) 448-5010

Attorneys for Defendant/Cross-Defendant
WINDSOR SECURITIES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY P. BARNES, JR. TRUSTEE OF JOHN L. BITTER IRREVOCABLE LIFE INSURANCE TRUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINDSOR SECURITIES LLC; PACIFIC LIFE INSURANCE COMPANY; and DOE,<br><br>　　　　　Defendants. | Case No.  3:13-cv-01878-WHO<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT/CROSS-DEFENDANT WINDSOR SECURITIES, LLC; ORDER**<br><br>Judge:    Hon. William H. Orrick |
| PACIFIC LIFE INSURANCE COMPANY,<br><br>　　　　　Cross-Claimant,<br><br>　　v.<br><br>GREGORY P. BARNES, JR. TRUSTEE OF JOHN L. BITTER IRREVOCABLE LIFE INSURANCE TRUST; and WINDSOR SECURITIES, LLC; and ROES 1-20, inclusive,<br><br>　　　　　Cross-Defendants. | |

//

//

-1-

Case No.  3:13-cv-01878-WHO
Notice of Withdrawal and Substitution of Counsel for Defendant/Cross-Defendant Windsor Securities, LLC

Notice is hereby given that, subject to approval by the Court, Defendant/Cross-Defendant WINDSOR SECURITIES, LLC substitutes Thompson, Welch, Soroko & Gilbert, LLP as counsel of record in place of Arent Fox LLP.

Withdrawing counsel for Defendant/Cross-Defendant WINDSOR SECURITIES, LLC is:

> Michael S. Cryan
> Arent Fox LLP
> 55 Second Street, 21st Floor
> San Francisco, CA 94105-3470
> Telephone:   (415) 757-5506
> Facsimile:    (415) 757-5501
> Email:          cryan.michael@arentfox.com

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Defendant/Cross-Defendant WINDSOR SECURITIES, LLC:

> Darin T. Judd
> Thompson, Welch, Soroko & Gilbert, LLP
> 3950 Civic Center Drive, Suite 300
> San Rafael, CA 94903
> Telephone:   (415) 448-5000
> Facsimile:    (415) 448-5010
> Email:          darin@twsglaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel pursuant to Northern District of California Civil Local Rule 11-5:

Dated: October 22, 2014            ARENT FOX LLP

                                   By:     /s/ Michael S. Cryan
                                           Michael S. Cryan

Dated: October 22, 2014            THOMPSON, WELCH, SOROKO & GILBERT, LLP

                                   By:     /s/ Darin T. Judd
                                           Darin T. Judd
                                           Attorneys for Defendant/Cross-Defendant
                                           WINDSOR SECURITIES, LLC

Dated: October 22, 2014            WINDSOR SECURITIES, LLC


                                   By:     /s/ Steven Prusky
                                           Steven Prusky

I, Darin T. Judd, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 22, 2014                        THOMPSON, WELCH, SOROKO & GILBERT, LLP

                                               By:     /s/ Darin T. Judd
                                                       Darin T. Judd
                                                       Attorneys for Defendant/Cross-Defendant
                                                       WINDSOR SECURITIES, LLC

The withdrawal and substitution of counsel is hereby approved and so ORDERED.

Dated:  October 27  , 2014

                                               William H. Orrick
                                               United States District Judge

-3-

Case No.  3:13-cv-01878-WHO
Notice of Withdrawal and Substitution of Counsel for Defendant/Cross-Defendant Windsor Securities, LLC